# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Barbara Halen McCann**
    Plaintiff
  v.                      CASE NUMBER: 5:13-cv-801 (GLS)

**Commissioner of Social Security**
    Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the decision of the Commissioner is AFFIRMED and plaintiff McCann's complaint is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Gary L. Sharpe , dated the 21st day of August, 2014.

DATED: August 22, 2014

_[signature]_
Clerk of Court

s/ Michelle Coppola

Deputy Clerk